FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 9 2004

[signature]
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 04-446 |
| ) | |
| vs. ) | Counts 1 and 2: 18 U.S.C. § 1709: Theft of Mail Matter by Officer or Employee |
| ) | |
| MICHAEL C. MORGAN, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about June 7, 2002, in Bernalillo County, in the State and District of New Mexico, the Defendant, **MICHAEL C. MORGAN**, while being a Postal Service employee, did embezzle a letter, package and item of mail, and the article and thing contained therein, as specified hereinafter, which had come into the Defendant's possession as a Postal Service employee and was intended to be conveyed by mail and carried to and delivered by an agent and employee of the Postal Service, that is an envelope and its contents which were sent via Certified Mail, addressed to Robert D. Kennedy, P.O. Box 94387, Albuquerque, New Mexico.

In violation of 18 U.S.C. § 1709.

### COUNT 2

On or about June 7, 2002, in Bernalillo County, in the State and District of New Mexico, the Defendant, **MICHAEL C. MORGAN**, while being a Postal Service employee, did embezzle a letter, package and item of mail, and the article and thing

contained therein, as specified hereinafter, which had come into the Defendant's possession as a Postal Service employee and was intended to be conveyed by mail and carried to and delivered by an agent and employee of the Postal Service, that is an envelope and its contents which were sent via Certified Mail, addressed to Larice D. Connell, 4209 Montgomery Blvd. NE, Apt. G-1, Albuquerque, New Mexico 87198.

In violation of 18 U.S.C. §1709.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

*Robert D. Campbell for*
DAVID C. IGLESIAS
United States Attorney

*KLN* 03/08/04 5:09pm